FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

06 JAN 31 PM 3:01

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:06-Cr-00043-T-24 MAP

PATRICIA RANKIN GRABLE,
a/k/a Patricia "Pat" Rankin

## ORDER

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office for the issuance and execution of all requested warrants and summonses.

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 31 day of January, 2006.

THOMAS B. MCCOUN
United States Magistrate Judge

N:\_Criminal Cases\G\grable, patricia_2006R00218_rtm\p_seal_indictment.wpd