Filed in Open Court
DATE 10-18-06

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:06-Cr-43-T-24MAP

MICHAEL L. CONE, PATRICIA
RANKIN GRABLE,
a/k/a Patricia "Pat" Rankin, and
JOANNE K. CONE

## ORDER

The Motion to Seal Second Superseding Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Second Superseding Indictment in this cause except when necessary to provide certified copies of the Superseding Indictment to the United States Attorney's Office for the issuance and execution of all requested warrants and summonses.

The Clerk is further ordered to unseal all documents relating to the Second Superseding Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 18th day of October, 2006.

MARY S. SCRIVEN
United States Magistrate Judge

N:\_Criminal Cases\G\grable, patricia_2006R00218_rtm\p_seal_second superseding indictment.wpd