UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Case No: 8:06-cr-43-T-24MAP
:
PATRICIA RANKIN GRABLE, :
a/k/a Patricia "Pat" Rankin, and :
:
    Defendant. :
:

## FORFEITURE MONEY JUDGMENTS AND ORDER FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Forfeiture Money Judgments, which, at sentencing, shall be a final judgment of forfeiture as to defendant Patricia Rankin Grable. For good cause shown, the motion of the United States is GRANTED.

The Court, being fully advised in the premises, hereby finds that the government has established that the defendants obtained $2,076,248.66 in proceeds from their conspiracy to commit bankruptcy fraud in violation of 18 U.S.C. §152, all in violation of 18 U.S.C. § 371. The Court further finds that the government has established that the defendants obtained $133,000 in proceeds from their conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 1343. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that defendant Patricia Rankin Grable is jointly and severally liable for a forfeiture money judgment in the amount of $2,076,248.66, and a money judgment in the amount of $133,000, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(1).

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's property up to the value of the $2,076,248.66 and $133,000.00 money judgments as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

Being fully advised in the premises, the Court further finds:

WHEREAS, by virtue of the defendant's guilty plea and entry of forfeiture money judgments, the United States is now entitled to possession of the real property located at 15808 Country Lake Drive, Tampa, Florida, as substitute assets pursuant to 21 U.S.C. § 853(p) and Rule 32.2 of the Federal Rule of Criminal Procedure;

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. All right, title, and interest of defendant Patricia Rankin Grable in the above-listed real property is hereby forfeited to the United States for disposition in according to law, subject to the provisions of 21 U.S.C. § 853(p).

2. Following entry of this order, the United States will, pursuant to 21 U.S.C. § 853(n), publish (in such manner as the Attorney General may direct) notice thereof and its intent to dispose of the forfeited property. The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the above-described asset, as substitute for published notice as to those persons so notified.

3. Any person, other than defendant Patricia Rankin Grable, who has or claims any right, title, or interest in the above-described asset must file a petition with the Court for a hearing to adjudicate the validity of his or her alleged interest in the forfeited asset. The petition should be mailed to the Clerk of the United States District Court, Tampa Division, 801 North Florida Avenue, Tampa, Florida 33602, within thirty (30) days

of the final publication of notice or of receipt of actual notice, whichever is earlier.

4. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited asset, and any additional facts surrounding the petitioner's claim and relief sought.

5. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the forfeited asset.

6. Upon adjudication of all third-party interests in the above-described asset, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of April, 2008.

HON. SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE