UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No: 8:06-cr-43-T-24MAP

PATRICIA RANKIN GRABLE,
a/k/a Patricia "Pat" Rankin, and

    Defendant.

## AMENDED FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

THIS CAUSE comes before the Court upon the filing of the Motion by the United States to Amend the Final Order of Forfeiture for Substitute Asset for the following real property, in partial satisfaction of the defendant's forfeiture money judgments in the amounts of $2,076,248.66 and $133,000.00:

> Real property located at 15808 Country Lake Drive, Tampa, Florida, including all improvements thereon and appurtenances thereto, which is legally described as:
>
> Lot 4, Block 12 of Country Place Unit IV-B according to the Plat thereof as recorded in Plat Book 51, Page 62 of the Public Records of Hillsborough County, Florida.
>
> Parcel Identification No.: U-32-27-18-0QE-000012-00004.0

The United States seeks to amend the Final Order of Forfeiture to correct the name of the mortgagee.

    1.    On April 4, 2008, the Court entered the Forfeiture Money Judgments and Preliminary Order for Substitute Asset (Doc. 259), forfeiting to

the United States of America all right, title, and interest of defendant Patricia R. Grable.

2.  At the time the Forfeiture Money Judgments and Preliminary Order for Substitute Asset was entered, the only persons known to have any potential interest in the subject property were Kenneth Grable (spouse of defendant Patricia Grable), Hillsborough County Tax Collector, Countryside Place Community Association Inc., and People's Choice Home Loans, and MERS as nominee for People's Choice Home Loans. The United States sent, via certified U.S. mail, Notices of Forfeiture, Acknowledgments of Receipts of Notice of Forfeiture, and a copy of the Forfeiture Money Judgment and Order for Substitute Assets in the instant case to the persons or entities listed above.

3.  On May 12, 2008, the United States received a signed returned receipt from Kenneth Grable. On May 30, 2008, Kenneth Grable filed a Petition claiming a one-half interest in the subject real property and also asserting that Ryan N. Rankin (son of Patricia Grable), held an interest. (Doc. 288). On August 5, 2008, a Notice of Filing Consent to Forfeiture was filed in which Kenneth Grable and Ryan N. Rankin voluntarily withdrew their Petition to the subject real property. (Doc. 320).

4.  On July 10, 2008, the United States and the Hillsborough County Tax Collector entered into a Stipulated Settlement Agreement. (Doc. 310).

5. On July 15, 2008, the United States and Countryside Association entered into a Stipulated Settlement Agreement. (Doc. 312).

6. On May 14, 2008, the United States received a signed return receipt from People's Choice Home Loans. On June 10, 2008, Popular Mortgage Servicing Inc., having obtained servicing rights to the mortgage, filed a Petition claiming an interest in the subject property. (Doc. 291). Although the United States sent Popular Mortgage Servicing Inc., a settlement agreement, one was never entered due to the mortgage being reassigned to HSBC Bank USA National Association, as Indenture Trustee under the Indenture Relating to People's Choice Home Loan Securities Trust Series 2005-4 (HSBC Bank).[1] Nonetheless, the United States did not dispute that the assignee had a valid, secured interest in the property by virtue of People's Choice Home Loan's mortgage. Rather than delay the proceedings by requiring that Popular Mortgage Servicing Inc. withdraw its Petition or otherwise amend its Petition to reflect the assignment to HSBC, the United States contacted counsel for HSBC Bank to confirm the payoff information. The United States included the payoff information in its Motion for Final Order of Forfeiture. Specifically, the United States agreed that, upon entry of a Final Order of Forfeiture, solely from the

---

[1] In its Motion for Final Order of Forfeiture for Substitute Asset, (Doc. 346), the United States had erroneously identified the assignee of the People's Choice Home Loan mortgage as Bank of Tampa. Litton Loan Servicing, LP replaced Popular Mortgage Servicing Inc. as the loan servicer.

3

proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government's expenses relating to the seizure, maintenance, custody, publication, marketing, and sale of the property, including any and all outstanding taxes and interest due and owing to the Tax Collector, it would pay the following sums due and owing under the terms of the mortgage:

    a.    all reasonable unpaid financed principal charges due to the Claimant under the mortgage in the amount of $83,142.00, recorded on September 20, 2005, in official records Book 156600, Page 1807, in Hillsborough County, Florida, which instrument secured repayment of the funds due with respect to the subject property.

    b.    all reasonable unpaid interest, at the contractual rate, in the amount of $9,033.73, as of December 16, 2008;

    c.    the amount of $6,277.23 for cost and fees ($3,960.49 escrow shortage, $13.05 recording fee, $227.00 pending escrow, $774.75 corporate advances, $175.00 title search, $150.00 title exam, $352.00 filing fees, $20.00 recording fee, $600.00 process service, and $5.94 express charge); and

    d.    Attorney's fees of $900.00.

7.    On May 12, 2008, the United States received a signed return receipt from MERS as nominee for People's Choice Home Loans. However, MERS never filed a claim.

8.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture for the real property and of its intent to dispose of the property, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on May 16, 2008, May 23, 2008 and

May 30, 2008. (Doc. 311). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication. The publication also advised readers to "[p]lease check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future."

9. The United States also published notice of the forfeiture on the official government website, www.forfeiture.gov, pursuant to 21 U.S.C. § 853(n), from May 7, 2008 to June 5, 2008. (Doc. 295).

10. By December 2008, no persons or entities, other than the defendant Patricia R. Grable, whose interest was forfeited to the United States in the Forfeiture Money Judgments and Order for Substitute Assets, the Countryside Association, the Tax Collector, and the assignee of the People's Choice Home Loan mortgage were known to have an interest in the subject property; all third party Petitions had been resolved. No other third party had filed a Petition of Ownership and the time for filing such Petition had expired.

11. Therefore, on December 17, 2008, the United States moved for entry of a Final Order of Forfeiture for 15808 Country Lake Drive, Tampa. (Doc. 346). Although it intended to recognize the interest of HSBC Bank, the United

States erroneously listed the assignee of the People's Choice Home Loan mortgage as the Bank of Tampa.[2]

12. After reviewing the motion, the Court found that the subject real property is the property of defendant Patricia R. Grable, that the United States' had complied with the notice provisions of 21 U.S.C. § 853(n), and that all third party Petitions had been resolved. (Doc. 347).

13. HSBC Bank, not the Bank of Tampa, is the assignee of the People's Choice Home Loan mortgage on the property.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in following real property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n), and Fed. R. Crim. P. 32.2(c)(2), and for disposition according to law:

> Real property located at 15808 Country Lake Drive, Tampa, Florida, including all improvements thereon and appurtenances thereto, which is legally described as:
>
> Lot 4, Block 12 of Country Place Unit IV-B according to the Plat thereof as recorded in Plat Book 51, Page 62 of the Public Records of Hillsborough County, Florida.

---

[2] HSBC's counsel had indicated that the payoff amount should be transferred to its attorney trust account at the Bank of Tampa. In drafting its motion, the United States made a clerical error by inserting the Bank of Tampa as the assignee.

Parcel Identification No.: U-32-27-18-0QE-000012-00004.0

Clear title to the property is now vested in the United States of America, subject to the interests described above.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this ___6TH___ day of ___July___, 2009.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to: Anita M. Cream, AUSA
Attorney of Record